Michael C. Geraghty, ABA#7811097
J. Craig Rusk, *Admitted Pro Hac Vice*
Email: geraghty@oles.com, rusk@oles.com

*Attorneys for Defendants/Third-Party Defendants Travelers Casualty, Surety Co. of America, Liberty Mutual Insurance Company and UNIT-ASRC Construction, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of PRECISION CRANES, INC., an Alaska corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>TESTER DRILLING SERVICES, INC., an Alaska corporation; TRAVELERS CASUALTY AND SURETY CO. OF AMERICA, a Connecticut corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation (Bond #106721293),<br><br>                Defendants. | Case No. 4:18-cv-00019-TMB |
| UNITED STATES OF AMERICA, for the use and benefit of TESTER DRILLING SERVICES, INC., an Alaska corporation, and TESTER DRILLING SERVICES, INC.,<br><br>    Third-Party Use-Plaintiff and Plaintiff,<br><br>    v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation (Bond No. 106721293/023038282), LIBERTY MUTUAL INSURANCE COMPANY, a Connecticut corporation (Bond No. 106721293/023038282), and UNIT-ASRC CONSTRUCTION, LLC, an Alaska limited liability company,<br><br>                Third-Party Defendants. | **ANSWER TO THIRD-PARTY COMPLAINT AND UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT** |

**OLES MORRISON RINKER & BAKER LLP**
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503-3985
Tel: (907) 258-0106  Fax: (907) 258-5519

**ANSWER TO THIRD-PARTY COMPLAINT AND UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT -** Page 1 of 12
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*, Case No. 4:18-cv-00019-TMB

Case 4:18-cv-00019-TMB   Document 31   Filed 05/28/19   Page 1 of 12

COME NOW Third-Party Defendants Travelers Casualty and Surety Co. of America ("Travelers"), Liberty Mutual Insurance Company ("Liberty") (collectively "Sureties") and UNIT-ASRC Construction, LLC ("UNIT-ASRC"), by and through its attorneys, Oles Morrison Rinker & Baker, and for its response in the third-party complaint of Tester Drilling Services, Inc. ("TDSI"), hereby answers, alleges, and states as follows:

## PRELIMINARY STATEMENT

Any factual allegation admitted to herein is admitted only to the specific fact asserted and not as to any purported conclusions, characterizations, implications, or speculations drawn therefrom by Third-Party Plaintiff wherever stated in the Complaint or elsewhere. Further, the denial of any factual allegation herein may not be construed as an admission of the negative of such allegation.

UNIT-ASRC and the Sureties deny each and every allegation contained in the Third-Party Complaint, except as specifically admitted, qualified, or otherwise responded to herein, including all allegations contained in the headings or unnumbered paragraphs in the Third-Party Complaint.

UNIT-ASRC and the Sureties further deny any allegations or characterizations by Third-Party Plaintiff contrary to the terms of, or not included in, any communications (whether written or oral) referenced by Third-Party Plaintiff, including but not limited to any allegations that the parties explicitly or impliedly entered into an enforceable contract.

**ANSWER TO THIRD-PARTY COMPLAINT AND UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT** - Page 2 of 12
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*, Case No. 4:18-cv-00019-TMB

Case 4:18-cv-00019-TMB   Document 31   Filed 05/28/19   Page 2 of 12

**OLES MORRISON RINKER & BAKER LLP**
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503-3985
Tel: (907) 258-0106   Fax: (907) 258-5519

1. In response to paragraphs 1-37, except for paragraph 14, the allegations set forth in said paragraphs do not apply to Third-Party Defendants and therefore, no response is required, and/or the allegations calls for a legal conclusion for which no response is required.

2. In answer to paragraph 14, Third-Party Defendants admit that their position is that TDSI contributed no value to the project through its efforts and it is entitled to no payment under the terms of its subcontract or under any other theory. Except as so admitted, the allegations in said paragraph are denied.

3. In answering the affirmative defenses and prayer for relief, the allegations set forth in said paragraphs do not apply to Third-Party Defendants and therefore, no response is required, and/or the allegations call for a legal conclusion to which no response it required.

In answer the third-party complaint, Third-Party Defendants respond as follows:

## I. PARTIES AND THE PROJECT

1. Admit that TDSI was a subcontractor on the referenced project. Except as so admitted, the allegations are denied.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

**ANSWER TO THIRD-PARTY COMPLAINT AND UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT** -
Page 3 of 12
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*, Case No. 4:18-cv-00019-TMB

Case 4:18-cv-00019-TMB   Document 31   Filed 05/28/19   Page 3 of 12

## II. JURISDICTION AND VENUE

6. Admitted.

7. Admitted.

8. Admitted.

## III. FACTS

9. Third-Party Defendants admit that UNIT-ASRC contracted with the Government to work on the referenced project. The referenced bonds are documents, the terms of which are set forth within the body of the documents and said terms control the obligations under said bonds. Except as so admitted, denied.

10. Admitted.

11. Third-Party Defendants admit that UNIT-ASRC terminated TDSI's subcontract. Except as so admitted, the allegations are denied.

12. Denied.

13. Denied.

## IV. TDSI'S CLAIM AGAINST BOND COMPANIES AND UNIT-ASRC UNDER THE MILLER ACT

14. The responses to paragraphs 1-13 above are repeated and adopted as fully set forth herein.

15. Denied.

16. Third-Party Defendants admit that UNIT-ASRC and the Sureties are principals and secondary obligors under the referenced bonds and that the obligations of

ANSWER TO THIRD-PARTY COMPLAINT AND UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT - Page 4 of 12
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*, Case No. 4:18-cv-00019-TMB

Case 4:18-cv-00019-TMB   Document 31   Filed 05/28/19   Page 4 of 12

the parties under the bonds are defined within the terms of the documents themselves. Except as so admitted, denied.

17. Denied.

## V. TDSI'S CLAIMS AGAINST UNIT-ASRC UNDER THE SUBCONTRACT
(Breach of Contract, Breach of Implied Covenant of Good
Faith and Fair Dealing, Unjust Enrichment, and Equitable Estoppel)

18. The allegations and response to paragraphs 1-17 above are repeated and adopted as though fully set forth herein.

19. Denied.

20. Denied.

21. Denied.

## AFFIRMATIVE DEFENSES

In addition to the answers above, Third-Party Defendants assert the following affirmative defenses:

1. Third-Party Plaintiff's claims are barred because the Complaint fails to state a claim, in whole or in part, for which relief may be granted.

2. Third-Party Plaintiff's claims are barred, in whole or in part, based on Third-Party Plaintiff's failure to mitigate its alleged damages.

3. Third-Party Plaintiff's claims are barred, in whole or in part, based on Third-Party Plaintiff's failure to state a sufficient damages claim.

**OLES MORRISON RINKER & BAKER LLP**
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503-3985
Tel: (907) 258-0106   Fax: (907) 258-5519

**ANSWER TO THIRD-PARTY COMPLAINT AND UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT -** Page 5 of 12
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*, Case No. 4:18-cv-00019-TMB

Case 4:18-cv-00019-TMB   Document 31   Filed 05/28/19   Page 5 of 12

4. Third-Party Plaintiff's claims are barred in whole or in part by Third-Party Plaintiff's own breaches of the Subcontract.

5. Third-Party Plaintiff's claims are barred in whole or in part by Third-Party Plaintiff's own mistakes and failures to properly perform its obligations under the Subcontract.

6. Third-Party Plaintiff's acts, omissions and breaches of contract damaged Third-Party Defendants and Third-Party Defendants are entitled to offset its own damages against claims from Third-Party Plaintiff's.

7. Third-Party Plaintiff's alleged damages, if any, are the responsibility of a third party or third parties not named in this action over whom Third-Party Defendants had no control or right to control or of third parties who acted outside the scope of their authority.

8. Sureties are informed and believe and thereon allege that any alleged agreement(s), including the Bond, was/were subject to conditions precedent and/or antecedent and that such conditions have occurred or have failed to occur thereby extinguishing or precluding liability of Sureties, in whole or in part.

9. Sureties are informed and believe and thereon allege that some or all of the items claimed by Tester are not payable pursuant to the terms and conditions of the Bond.

10. Sureties are informed and believe and thereon allege that Tester is barred from recovery as requisite conditions of the Bond, the contract, and statutes pursuant to which the Sureties' Bond was written were not met.

**ANSWER TO THIRD-PARTY COMPLAINT AND UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT** - Page 6 of 12
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*, Case No. 4:18-cv-00019-TMB

Case 4:18-cv-00019-TMB   Document 31   Filed 05/28/19   Page 6 of 12

11. Sureties' rights and obligations under the Bond are subject to the express terms, conditions, and limitations of the Bond.

12. In no event will Sureties be liable for any amount in excess of the maximum penal sum of the Bond.

13. Sureties are informed and believe and thereon allege that they are entitled to assert any and all of the defenses of their principal, UNIT-ASRC, under any surety bond that may be applicable. Sureties incorporate by this reference any and all defenses to the Complaint that have been or could be asserted by Sureties' principal.

14. Sureties are informed and believe and thereon allege that they have good faith defenses, based in law and/or fact, which, if successful, would preclude any recovery by Tester against Sureties or the Bond.

15. Third-Party Defendants do not waive and specifically reserve any and all claims, counterclaims, and cross-claims it may have against any person or party, including the counterclaim stated below.

16. Third-Party Defendants hereby give notice of its intent and expressly reserves its right to amend this Answer to assert any other and additional defenses and/or counterclaims that are now, or may later, become available or known to it, or may appear during, or as a result of, discovery proceedings in this action.

**OLES MORRISON RINKER & BAKER LLP**
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503-3985
Tel: (907) 258-0106   Fax: (907) 258-5519

**ANSWER TO THIRD-PARTY COMPLAINT AND UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT** - Page 7 of 12
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*, Case No. 4:18-cv-00019-TMB

Case 4:18-cv-00019-TMB   Document 31   Filed 05/28/19   Page 7 of 12

# THIRD-PARTY CROSS-COMPLAINT OF UNIT-ASRC AGAINST THIRD-PARTY PLAINTIFF TESTER DRILLING SERVICES, INC.

For further answer and by way of counterclaim, UNIT-ASRC alleges and claims as follows:

## PARTIES

1. Upon information and belief, Tester is an Alaska corporation with its principal place of business in Anchorage, Alaska.

2. UNIT-ASRC is an Alaska limited liability company with its principal place of business in Anchorage, Alaska. UNIT-ASRC has met all prerequisites to bring this action.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1367(a), as this compulsory counterclaim arises out of the same case or controversy as Tester's claims in the Third-Party Complaint.

4. Venue is proper in the United States District Court for the District of Alaska under 28 U.S.C. § 1391(b), as the events forming the basis of these counterclaims arose out of the Project located on Clear Air Force Station, Alaska.

## STATEMENT OF FACTS

5. UNIT-ASRC subcontracted with Tester in July 2017 to perform certain water-supply well construction work on the Project.

6. When Tester mobilized on site the Project was slightly ahead of schedule, but problems with Tester's performance developed almost immediately.

**OLES MORRISON RINKER & BAKER LLP**
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503-3985
Tel: (907) 258-0106  Fax: (907) 258-5519

**ANSWER TO THIRD-PARTY COMPLAINT AND UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT** - Page 8 of 12
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*, Case No. 4:18-cv-00019-TMB

Case 4:18-cv-00019-TMB   Document 31   Filed 05/28/19   Page 8 of 12

7. Tester was unable to reach the design depth for the first wells it attempted and had difficulties stabilizing the holes thereafter. As a result, Tester made no actual progress on most of its work.

8. Tester brought equipment onto the site, which sat idle and was ultimately unused throughout the Project.

9. Similarly, Tester brought to the site and attempted to install unapproved casings to stabilize its well holes as part of its efforts to drill the required shafts.

10. Tester's work was on the critical path, meaning Tester's persistent delays caused serious delays to the progress of the entire Project.

11. Because of Tester's failures to move its work forward and adhere to the project schedule, UNIT-ASRC sent Tester Notices to Cure including ones sent August 23, 2017 and September 15, 2017, and a formal request that Tester promptly provide a Drilling Recovery Plan to get its work back on track (sent August 21, 2017). Tester failed to provide the necessary responses and never cured its defaults. Pursuant to the Notices to Cure, UNIT-ASRC removed work from Tester's scope.

12. By October 2017, Tester's performance remained deficient in multiple areas, including: mobilizing to the site according to the project schedule, providing adequate skilled personnel to perform the subcontract scope of work, providing adequate equipment to perform the subcontract scope of work, maintaining stringent PPE protocol for employees, providing adequate and accurate feedback to UNIT-ASRC about the problems

**OLES MORRISON RINKER & BAKER LLP**
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503-3985
Tel: (907) 258-0106   Fax: (907) 258-5519

ANSWER TO THIRD-PARTY COMPLAINT AND UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT - Page 9 of 12
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*, Case No. 4:18-cv-00019-TMB

Case 4:18-cv-00019-TMB   Document 31   Filed 05/28/19   Page 9 of 12

Tester was experiencing, and failure to adhere to the mutually agreed upon project schedule and milestone dates and a complete failure to complete work.

13. Finally, UNIT-ASRC was forced to terminate Tester for convenience by letter on October 16, 2017.

14. At the time Tester was terminated, the Project had been pushed to 92 days behind schedule.

15. Tester's acts, omissions, failures and breaches of contract that occurred prior to termination damaged UNIT-ASRC and its other subcontractors through the delays and increased costs of performance and UNIT-ASRC is entitled to either recover those damages and/or offset them against any claims of Tester.

## FIRST CLAIM FOR RELIEF: BREACH OF CONTRACT

16. UNIT-ASRC re-alleges the preceding paragraphs as though fully set forth herein.

17. Tester materially failed to provide the services provided for in its subcontract with UNIT-ASRC, delaying and disrupting the Project and eventually forcing UNIT-ASRC to secure alternative performance.

18. Tester's work was on the critical path meaning that the 92 days of delay that Tester caused represents a costly delay to UNIT-ASRC's work.

19. Accordingly, UNIT-ASRC is entitled to damages arising from Tester's various breaches, including the impact of the delays to the Project in an amount to be proven at trial, but at present believed to be in excess of $5,000,000, plus interest, costs

**OLES MORRISON RINKER & BAKER LLP**
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503-3985
Tel: (907) 258-0106   Fax: (907) 258-5519

ANSWER TO THIRD-PARTY COMPLAINT AND UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT - Page 10 of 12
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*, Case No. 4:18-cv-00019-TMB

Case 4:18-cv-00019-TMB   Document 31   Filed 05/28/19   Page 10 of 12

and fees recoverable under the Subcontract and applicable law. UNIT-ASRC is entitled to recover said damages from Tester and/or entitled to offset said damages against any claims of Tester.

## UNIT-ASRC'S PRAYER FOR RELIEF

WHEREFORE, having answered the Third-Party Complaint and Counterclaimed as stated above, UNIT-ASRC and the Sureties respectfully request this Court to enter final judgment in UNIT-ASRC and the Sureties' favor against Third-Party Plaintiff:

A. Dismissing Third-Party Plaintiff's Complaint in its entirety with prejudice and that Third-Party Plaintiff take nothing thereby;

B. Offsetting UNIT-ASRC's damages against any claims where Tester is found to have entitlement.

C. Awarding UNIT-ASRC a judgment against Tester for damages arising from Tester's breach of the parties' Subcontract sufficient to cover any damages, which have yet to be proven, but are believed to be in excess of $5,000,000;

D. Awarding UNIT-ASRC and the Sureties their reasonable costs and attorneys' fees incurred in defending this action; and

E. Awarding UNIT-ASRC and the Sureties such additional relief as this Court deems appropriate.

**OLES MORRISON RINKER & BAKER LLP**
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503-3985
Tel: (907) 258-0106   Fax: (907) 258-5519

**ANSWER TO THIRD-PARTY COMPLAINT AND UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT** - Page 11 of 12
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*, Case No. 4:18-cv-00019-TMB

Case 4:18-cv-00019-TMB   Document 31   Filed 05/28/19   Page 11 of 12

OLES MORRISON RINKER & BAKER LLP

Dated: May 28, 2019  By: s/J. Craig Rusk
Michael C. Geraghty, ABA#7811097
J. Craig Rusk, *Pro Hac Vice*

*Attorneys for Defendants/Third-Party Defendants Travelers Casualty, Surety Co. of America, Liberty Mutual Insurance Company and UNIT-ASRC Construction, LLC*

CERTIFICATE OF SERVICE
I hereby certify that on May 28, 2019, a copy of the foregoing document was served electronically on the following parties:

Brent R. Cole
WOELBER & COLE, LLC
*Attorneys for Plaintiff Precision Cranes, Inc.*

David M. Freeman
HOLMES WEDDLE & BARCOTT, PC
*Attorneys for Defendant Tester Drilling Services, Inc.*

OLES MORRISON RINKER & BAKER LLP

s/J. Craig Rusk

**OLES MORRISON RINKER & BAKER LLP**
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503-3985
Tel: (907) 258-0106   Fax: (907) 258-5519

**ANSWER TO THIRD-PARTY COMPLAINT AND UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT** - Page 12 of 12
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*, Case No. 4:18-cv-00019-TMB