David M. Freeman, Esq.
Email: dfreeman@hwb-law.com

Attorneys for Defendant/Third-Party Use-Plaintiff and Plaintiff Tester Drilling Services, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of PRECISION CRANES, INC., an Alaska corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>TESTER DRILLING SERVICES, INC., an Alaska corporation; TRAVELERS CASUALTY AND SURETY CO. OF AMERICA, a Connecticut corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation (Bond #106721293),<br><br>   Defendants.<br><br>UNITED STATES OF AMERICA, for the use and benefit of TESTER DRILLING SERVICES, INC., an Alaska corporation, and TESTER DRILLING SERVICES, INC.,<br><br>   Third-Party Use-Plaintiff and Plaintiff,<br><br>  v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation (Bond No. 106721293/023038282), LIBERTY MUTUAL INSURANCE COMPANY, a Connecticut corporation (Bond No. 106721293/023038282), and UNIT-ASRC CONSTRUCTION, LLC, an Alaska limited liability company,<br><br>   Third-Party Defendants. | Case No. 4:18-cv-00019-TMB |

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

TDSI'S REPLY TO UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*
Page 1 of 6
Case No. 4:18-cv-00019-TMB

Case 4:18-cv-00019-TMB Document 33 Filed 06/18/19 Page 1 of 6

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

## DEFENDANT TESTER DRILLING SERVICES, INC.'S
## REPLY TO UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT

Defendant/Third-Party Plaintiff Tester Drilling Services, Inc. (hereinafter "Tester"), responds to the Third-Party Cross-Complaint of UNIT-ASRC Construction, LLC ("UNIT"), as follows:

### PARTIES

1. In response to the allegations in paragraph 1 of Unit's Third-Party Cross-Complaint, Tester admits them.

2. In response to the allegations in paragraph 2 of Unit's Third-Party Cross-Complaint, Tester lacks sufficient information to admit or deny them, and therefore denies them for lack of information.

### JURISDICTION AND VENUE

3. In response to the allegations in paragraph 3 of Unit's Third-Party Cross-Complaint, Tester admits them.

4. In response to the allegations in paragraph 4 of Unit's Third-Party Cross-Complaint, Tester admits them.

### STATEMENT OF FACTS

5. In response to the allegations in paragraph 5 of Unit's Third-Party Cross-Complaint, Tester admits them.

6. In response to the allegations in paragraph 6 of Unit's Third-Party Cross-Complaint, Tester denies them.

7. In response to the allegations in paragraph 7 of Unit's Third-Party Cross-Complaint, Tester denies them.

TDSI'S REPLY TO UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*
Page 2 of 6
Case No. 4:18-cv-00019-TMB

Case 4:18-cv-00019-TMB   Document 33   Filed 06/18/19   Page 2 of 6

8. In response to the allegations in paragraph 8 of Unit's Third-Party Cross-Complaint, Tester denies them.

9. In response to the allegations in paragraph 9 of Unit's Third-Party Cross-Complaint, Tester denies them.

10. In response to the allegations in paragraph 10 of Unit's Third-Party Cross-Complaint, Tester denies them.

11. In response to the allegations in paragraph 11 of Unit's Third-Party Cross-Complaint, Tester states that during the course of its work it received notices from Unit, which letters speak for themselves. Tester further states that after all such notices letters Unit unilaterally elected to terminate Tester's subcontract for Unit's own convenience, which Unit explicitly did by Unit's letter to Pete Tester dated October 17, 2017, stating:

> Dear Peter:
> Your Subcontract includes the above referenced **Appendix A Paragraph 20 regarding TERMINATION FOR CONVENIENCE**. This paragraph states specifically, "The CONTRACTOR may, at its sole and absolute discretion, terminate this SUBCONTRACT for its convenience. . . . As of the end of business today, October 16, 2017, your firm is terminated pursuant to Paragraph 20 as referenced above.

Except as so stating, Tester lacks sufficient information to admit or deny the allegations of paragraph 11 of Unit's Third-Party Cross-Complaint, and therefore denies them for lack of information.

12. In response to the allegations in paragraph 12 of Unit's Third-Party Cross-Complaint, Tester denies them.

13. In response to the allegations in paragraph 13 of Unit's Third-Party Cross-Complaint, Tester states that Unit was not "forced" to terminate Tester's subcontract for convenience, and further states that the parties' subcontract provided Unit with a variety of

TDSI'S REPLY TO UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*
Page 3 of 6
Case No. 4:18-cv-00019-TMB

Case 4:18-cv-00019-TMB   Document 33   Filed 06/18/19   Page 3 of 6

avenues and remedies for whatever circumstances Unit believed existed at the time. Tester further states that Unit unilaterally elected to exercise its remedy of terminating Tester's subcontract for Unit's own convenience. Except as so stating, Tester denies the allegations in paragraph 13 of Unit's Third-Party Cross-Complaint.

14. In response to the allegations in paragraph 14 of Unit's Third-Party Cross-Complaint, Tester lacks sufficient information to admit or deny them, and therefore denies them for lack of information.

15. In response to the allegations in paragraph 15 of Unit's Third-Party Cross-Complaint, Tester denies them.

### FIRST CLAIM FOR RELIEF: BREACH OF CONTRACT

16. In response to the allegations in paragraph 16 of Unit's Third-Party Cross-Complaint, Tester incorporates its responses to paragraphs 1 through 15 of Unit's Third-Party Cross-Complaint.

17. In response to the allegations in paragraph 17 of Unit's Third-Party Cross-Complaint, Tester denies them.

18. In response to the allegations in paragraph 18 of Unit's Third-Party Cross-Complaint, Tester denies them.

19. In response to the allegations in paragraph 19 of Unit's Third-Party Cross-Complaint, Tester denies them.

### AFFIRMATIVE DEFENSES

Tester asserts the following grounds as defenses in whole or in part to Unit's Third-Party Cross-Complaint:

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

TDSI'S REPLY TO UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*
Page 4 of 6
Case No. 4:18-cv-00019-TMB

Case 4:18-cv-00019-TMB   Document 33   Filed 06/18/19   Page 4 of 6

1. By Unit's letter of October 17, 2017, Unit elected to terminate the parties' subcontract for Unit's own convenience. That election and Unit's termination of the parties' subcontract precludes Unit from suing Tester to purportedly enforce terms and remedies in the subcontract that Unit unilaterally terminated.

2. Waiver.

3. Election of remedies.

4. Rescission.

5. Breach of contract by Unit.

6. Promissory estoppel.

7. Damages alleged by Unit were the responsibility of Project participants other than Tester.

8. Set off/Offset.

## PRAYER FOR RELIEF

WHEREFORE, Tester Drilling Services, Inc. asks the Court for the following relief:

A. For dismissal of Unit's Third-Party Cross-Complaint with prejudice;

B. For an award of Tester's reasonable attorney fees and other litigation expenses; and

C. Such other and further relief as the Court deems appropriate.

DATED this 18th day of June, 2019, at Anchorage, Alaska.

        HOLMES WEDDLE & BARCOTT, P.C.
        Attorneys for Defendant/Third-Party Plaintiff Tester Drilling Services, Inc.

        By: s/ David M. Freeman
            David M. Freeman
            AK Bar No. 7808066

TDSI'S REPLY TO UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*
Page 5 of 6
Case No. 4:18-cv-00019-TMB

Case 4:18-cv-00019-TMB   Document 33   Filed 06/18/19   Page 5 of 6

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day
of June, 2019, a true and correct copy of the
foregoing was sent via the CM/ECF delivery system to:

Brent R. Cole
Woelber & Cole, LLC
*Attorney for Plaintiff*

Michael C. Geraghty
J. Craig Rusk
Oles Morrison Rinker & Baker, LLP
*Attorneys for Defendant Travelers Casualty and Surety Co. of America
and Defendant Liberty Mutual Insurance Co.*


s/ David M. Freeman
Holmes Weddle & Barcott, P.C.

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

TDSI'S REPLY TO UNIT-ASRC'S THIRD-PARTY CROSS-COMPLAINT
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*
Page 6 of 6
Case No. 4:18-cv-00019-TMB

Case 4:18-cv-00019-TMB   Document 33   Filed 06/18/19   Page 6 of 6