IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of TESTER DRILLING SERVICES, INC., an Alaska corporation, and TESTER DRILLING SERVICES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY CO. OF AMERICA, a Connecticut corporation; *et al.*,<br><br>Defendants. | Case No. 4:18-cv-00019-JMK<br><br>**ORDER GRANTING MOTION TO EXTEND TIME** |

Upon due consideration of Plaintiff's Unopposed Motion to Extend Time to File Plaintiff's Opposition to Sureties' Motion for Partial Summary Judgment, filed at Docket 63, the motion is GRANTED.

IT IS HEREBY ORDERED that Plaintiff's opposition to the Motion for Partial Summary Judgment at Docket 61 is due on or before July 7, 2020.

IT IS SO ORDERED this 2015 day of June, 2020, at Anchorage, Alaska.

                                                               */s/ Joshua M. Kindred*
                                                               JOSHUA M. KINDRED
                                                            United States District Judge