Brent R. Cole
Law Office of Brent R. Cole, P.C.
821 N Street, Suite 208
Anchorage, AK 99501
(907) 277-8001
info@akcolelaw.com
brent@akcolelaw.com
Attorneys for Precision Cranes, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of PRECISION CRANES, INC., an Alaska corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>TESTER DRILLING SERVICES, INC., an Alaska corporation; TRAVELERS CASUALTY AND SURETY CO. OF AMERICA, a Connecticut corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation (Bond #106721293)<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.: 4:18-cv-00019-JMK |

## PLAINTIFF'S NOTICE OF NON-OPPOSITION

COMES NOW Precision Crane, Inc. ("Precision"), by and through Brent R. Cole with the Law Office of Brent R. Cole, P.C. and hereby gives notice that it does not oppose the granting of Travelers Casualty Surety Co. Of America and Liberty Mutual Insurance Company's ("Sureties") Motion for Partial Summary Judgment (#61) filed on or about June 2, 2020.

Plaintiff's Notice of Non-Opposition
*Precision Cranes, Inc. v. Tester Drilling Services, Inc. et al.; 4:18-cv-00019-JMK*
Page 1 of 2

Case 4:18-cv-00019-JMK   Document 65   Filed 07/08/20   Page 1 of 2

LAW OFFICE OF BRENT R. COLE, P.C.
821 N Street, Suite 208
Anchorage, Alaska 99501
(907) 277-8001
(907) 277-8002  fax

DATED this 8th day of July, 2020, at Anchorage, Alaska.

LAW OFFICE OF BRENT R. COLE, P.C.
Attorneys for Precision Crane, Inc.


By:  s/ Brent R. Cole
     Brent R. Cole
     AK State Bar No. 8606074

**CERTIFICATE OF SERVICE**

This is to certify that on this 8th day of July, 2020, a
copy of the foregoing document was served
electronically on the following party:

Travelers Casualty and Surety Co. of America and
Liberty Mutual Insurance Company and Unit-ASRC
Michael C. Geraghty, ABA 7811097
Craig Rusk Pro Hac Vice
Oles Morrison Rinker & Baker LLP
601 West Fifth Avenue, Suite 900
Anchorage, Alaska 99501-2154
Ph: (907) 258-0106
Fax: (907) 258-5519
Email: Geraghty@OLES.com
Email: Rusk@OLES.com

Matthew T. Findley
Ashburn & Mason, P.C.
1227 West Ninth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 907-276-4331
matt@anchorlaw.com

Tester Drilling Services, Inc.
David M. Freeman, ABA 7808066
Holmes Weddle & Barcott, P.C.
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
Ph: (907) 274-0666
Fax: (907) 277-4657
Email: dfreeman@hwb-law.com


By     s/ Brent R. Cole

Plaintiff's Notice of Non-Opposition
*Precision Cranes, Inc. v. Tester Drilling Services, Inc. et al.: 4:18-cv-00019-JMK*
Page 2 of 2

Case 4:18-cv-00019-JMK   Document 65   Filed 07/08/20   Page 2 of 2