1    Christopher A. Wright, ABA #1301001                    Honorable Joshua M. Kindred
2    Ceslie A. Blass, *Pro Hac Vice*
     CARNEY BADLEY SPELLMAN, P.S.
3    701 Fifth Avenue, Suite 3600
     Seattle, WA 98104-7010
4    (206) 622-8020
     (206) 467-8215 (Facsimile)
5    *Attorneys for Defendants/Third Party*
     *Defendants Travelers and Liberty Mutual*
6

7

8

9

10

11                        UNITED STATES DISTRICT COURT
                          FOR THE DISTRICT OF ALASKA
12

13   UNITED STATES OF AMERICA for the          NO. 4:18-cv-00019-JMK
     use and benefit of PRECISION CRANES,
14   INC., an Alaska corporation,              STIPULATED MOTION TO EXTEND
                                               PRE-TRIAL DEADLINE [ECF 75]
15                        Plaintiff,

         v.
16
     TESTER DRILLING SERVICES, INC., an
17   Alaska corporation; TRAVELERS
     CASUALTY AND SURETY CO. OF
18   AMERICA, a Connecticut corporation; and
     LIBERTY MUTUAL INSURANCE
19   COMPANY, a Massachusetts corporation
     (Bond #106721293),
20
                          Defendants.
21
     UNITED STATES OF AMERICA for the
22   use and benefit of TESTER DRILLING
     SERVICES, INC., an Alaska corporation and
23   TESTER DRILLING SERVICES, INC.,

24                        Third-Party Plaintiffs,

25       v.

26   TRAVELERS CASUALTY AND SURETY
     COMPANY OF AMERICA, a Connecticut

     STIPULATED MOTION TO EXTEND PRE-TRIAL DEADLINE        **CARNEY BADLEY SPELLMAN, P.S.**
     [ECF 75] – 1                                              701 Fifth Avenue, Suite 3600
     (4:18-cv-00019-JMK)                                         Seattle, WA 98104-7010
                                                                     (206) 622-8020

     TRA076-0005 6350279

corporation (Bond No. 106721293/023038282); LIBERTY MUTUAL INSURANCE COMPANY, a Connecticut corporation (Bond No. 106721293/023038282); and UNIT-ASRC CONSTRUCTION, LLC, an Alaska limited liability company,

                    Third-Party Defendants.

## STIPULATION AND RELIEF REQUESTED

All counsel submit this stipulated motion to extend the Expert Identification deadline currently set in the Court's Order Extending Pretrial Deadlines [ECF 75] as September 29, 2020 to thirty (30) days after the entry of the Court's order on Plaintiff's Motion for Leave to Amend. Plaintiff filed a Motion for Leave to Amend on July 17, 2020 seeking to add a new claim for bad faith against defendants Travelers Casualty and Surety Company and Liberty Mutual Insurance Company ("the "Sureties"). The motion was opposed by the Sureties on July 31, 2020, and Plaintiff submitted a Reply on August 6, 2020. The motion is pending before the Court.

On August 12, 2020, Plaintiff filed a motion to Extend Pretrial Deadlines, which the Court granted on August 21, 2020. In doing so, the following deadlines were established as relevant to this motion:

- Expert Identification:          September 29, 2020
- Expert Reports:                October 30, 2020
- Expert Discovery Cutoff:     November 30, 2020

The parties have conferred and agree that the Court's ruling on Plaintiff's Motion to Amend may impact what experts the parties choose to disclose in this matter. Therefore, the parties request that the Court extend the pretrial deadlines as it relates to experts such that expert identification is due thirty (30) days from the date of entry of an order on Plaintiff's Motion to

STIPULATION MOTION TO EXTEND PRE-TRIAL DEADLINE [ECF 75] – 2
(4:18-cv-00019-JMK)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

TRA076-0005 6350279

Amend, with the expert report deadline and the expert discovery cutoff deadlines being extended equivalently.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED this 21st day of September, 2020.

CARNEY BADLEY SPELLMAN, P.S.

By: *s/ Christopher A. Wright*
Christopher A. Wright, ABA #1301001
Ceslie A. Blass, *Pro Hac Vice*
Attorneys for Defendants/Third Party Defendants
Travelers and Liberty Mutual

LAW OFFICE OF BRENT R. COLE, P.C.

By: *s/ Brent R. Cole*
Brent R. Cole, ABA #8606074
Attorneys for Plaintiff

HOLMES WEDDLE & BARCOTT, PC

By: *s/ David M. Freeman*
David M. Freeman, ABA #7808066
Attorneys for Defendant Tester Drilling

OLES MORRISON RINKER & BAKER LLP

By: *s/ J. Craig Rusk*
Michael C. Geraghty, ABA #7811097
J. Craig Rusk, *Pro Hac Vice*
Attorneys for Defendants Travelers, Liberty
Mutual and UNIT-ASRC

ASHBURN & MASON, P.C.

By: *s/ Matthew T. Findley*
Matthew T. Findley, ABA #0504009
Attorneys for Defendants Travelers, Liberty
Mutual and UNIT-ASRC

STIPULATED MOTION TO EXTEND PRE-TRIAL DEADLINE
[ECF 75] – 3
(4:18-cv-00019-JMK)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

TRA076-0005-6350279

Case 4:18-cv-00019-JMK   Document 78   Filed 09/21/20   Page 3 of 4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**
Brent R. Cole
LAW OFFICE OF BRENT R. COLE, P.C.
821 N St # 208
Anchorage, AK 99501-3285
Tel: (907) 277-8001
brent@akcolelaw.com

**Attorneys for Defendant Tester Drilling**
David M. Freeman
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Tel: 907-274-0666
brent@akcolelaw.com

**Attorneys for Defendants Travelers, Liberty Mutual and UNIT-ASRC**
Matthew T. Findley
ASHBURN & MASON, P.C.
1227 W Ninth Avenue, Suite 200
Anchorage, AK 99501
Tel: 907-276-4331
mtf@anchorlaw.com

**Attorneys for Defendants Travelers, Liberty Mutual and UNIT-ASRC**
Michael C. Geraghty
J. Craig Rusk
OLES MORRISON RINKER & BAKER LLP
188 W. Northern Lights Blvd., Suite 1020
Anchorage, AK 99503
Tel: 907-258-0106
geraghty@oles.com
rusk@oles.com

DATED this 21st day of September, 2020.

_s/ Lana Ramsey_
Legal Assistant

STIPULATED MOTION TO EXTEND PRE-TRIAL DEADLINE
[ECF 75] – 4
(4:18-cv-00019-JMK)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

TRA076-0005-6350279

Case 4:18-cv-00019-JMK   Document 78   Filed 09/21/20   Page 4 of 4