IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of PRECISION CRANES, INC., an Alaska corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TESTER DRILLING SERVICES, INC., an Alaska corporation; *et al.*,<br><br>Defendants. | Case No. 4:18-cv-00019-JMK<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES** |

Upon due consideration of the parties' Stipulated Motion to Extend Pretrial Deadline set at Docket 75, filed at Docket 78, the motion is GRANTED.

IT IS HEREBY ORDERED that the following deadlines are extended as follows:

| | **Old Date** | **New Date** |
|---|---|---|
| Expert Identification | 9/29/2020 | 10/29/2020 |
| Expert Reports | 10/30/2020 | 11/30/2020 |
| Expert Discovery Deadline | 11/30/2020 | 12/30/2020 |

IT IS SO ORDERED this 22nd day of September, 2020, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge