David M. Freeman, Esq.
Email: dfreeman@hwb-law.com

Attorneys for Defendant/Third-Party Plaintiff Tester Drilling Services, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of PRECISION CRANES, INC., an Alaska corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>TESTER DRILLING SERVICES, INC., an Alaska corporation; TRAVELERS CASUALTY AND SURETY CO. OF AMERICA, a Connecticut corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation (Bond #106721293),<br><br>       Defendants. | |
| TESTER DRILLING SERVICES, INC., an Alaska corporation<br>       Third-Party Plaintiff,<br><br>  v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation (Bond No. 106721293/023038282), LIBERTY MUTUAL INSURANCE COMPANY, a Connecticut corporation (Bond No. 106721293/023038282), and UNIT-ASCRC CONSTRUCTION, LLC, an Alaska limited liability company,<br><br>      Third-Party Defendants. | Case No. 4:18-cv-00019-JMK |

## NOTICE OF CHAPTER 11 BANKRUPTCY FILING

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

NOTICE OF CHAPTER 11 BANKRUPTCY FILING      Page 1 of 2
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*      Case No. 4:18-cv-00019-JMK

Case 4:18-cv-00019-JMK   Document 83   Filed 12/09/20   Page 1 of 2

COMES NOW defendant/third-party plaintiff Tester Drilling Services, Inc. ("TDSI"), by and through undersigned counsel, and hereby files the attached *Notice of Chapter 11 Bankruptcy Case* (**Exhibit A**) which imposes an automatic stay against further proceedings/collection activities in this matter as against TDSI (11 U.S.C. § 362).

DATED this 9th day of December, 2020, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Defendant/Third-Party Plaintiff
Tester Drilling Services, Inc.

By: */s/ David M. Freeman*
David M. Freeman
Alaska Bar No. 7808066

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day
of December, 2020, a true and correct copy of the
foregoing was sent via the CM/ECF delivery system to:

Brent R. Cole
Law Office of Brent R. Cole, P.C.
*Attorney for Precision Cranes, Inc.*

Matthew T. Findley
Ashburn & Mason, P.C.
*Attorney for Travelers Casualty and Surety Co. of America,
Liberty Mutual Insurance Co. and UNIT-ASRC Construction, LLC*

Christopher A. Wright
Ceslie A. Blass
Carney Badley Spellman, P.S.
*Attorneys for Travelers Casualty and Surety Co. of America
and Liberty Mutual Insurance Co.*

Michael C. Geraghty
J. Craig Rusk
Oles Morrison Rinker & Baker, LLP
*Attorneys for Travelers Casualty and Surety Co. of America
and Liberty Mutual Insurance Co.*

And via email to:

David H. Bundy, Esq.
dhb@alaska.net

*s/ David M. Freeman*
Holmes Weddle & Barcott, P.C.

NOTICE OF CHAPTER 11 BANKRUPTCY FILING  Page 2 of 2
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*  Case No. 4:18-cv-00019-JMK

Case 4:18-cv-00019-JMK   Document 83   Filed 12/09/20   Page 2 of 2

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657