Matthew T. Findley
ASHBURN & MASON, P.C.
1227 West Ninth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-4331
E-mail: matt@anchorlaw.com

**Attorneys for Travelers Casualty and Surety Co. of America, Liberty Mutual Insurance Company, and UNIT-ASRC Construction, LLC**

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of PRECISION CRANES, INC., an Alaska corporation,<br><br>        Plaintiff,<br><br> v.<br><br>TESTER DRILLING SERVICES, INC., an Alaska corporation; TRAVELERS CASUALTY AND SURETY CO. OF AMERICA, a Connecticut corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation (Bond #106721293),<br><br>        Defendants. | Case 4:18-cv-00019-JMK |
| UNITED STATES OF AMERICA, for the use and benefit of TESTER DRILLING SERVICES, INC., an Alaska corporation, and TESTER DRILLING SERVICES, INC.,<br><br> Third-Party Use-Plaintiff and Plaintiff,<br><br> v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation (Bond No. 106721293/023038282), LIBERTY MUTUAL INSURANCE COMPANY, a Connecticut corporation (Bond No. 106721293/023038282), and UNIT-ASRC CONSTRUCTION, LLC, an Alaska limited liability company,<br><br>        Third-Party Defendants. | |

# JOINT STIPULATION AND REQUEST TO EXTEND DEADLINE FOR STATUS REPORT

The parties jointly respectfully request a 14-day extension to file the status report this Court requested by Order of January 27, 2021 regarding the Tester Drilling Services, Inc. (TDSI) bankruptcy proceeding and its relation to the present case. UNIT-ASRC Construction, LLC (UNIT) has reached a settlement in principle with Precision Cranes, Inc. ("Precision") and this extension would allow the parties to finalize that settlement, which in turn will have an impact on how this case proceeds *vis a vis* the TDSI bankruptcy.

Dated February 16, 2021

        Attorneys for Travelers Casualty and Surety Co. of America, Liberty Mutual Insurance Company, and UNIT-ASRC Construction, LLC

        s/ Matthew T. Findley
        ASHBURN & MASON, P.C.
        1227 West Ninth Avenue, Suite 200
        Anchorage, Alaska 99501
        Phone: (907) 276-4331
        Fax: (907) 277-8235
        E-mail: matt@anchorlaw.com
        Alaska Bar No. 0504009

        OLES MORRISON RINKER & BAKER LLP

        By: s/ Michael C. Geraghty

JOINT STIPULATION TO EXTEND DEADLINE FOR STATUS REPORT    Page 2 of 3
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*, Case no. 4:18-cv-00019-JMK

Case 4:18-cv-00019-JMK    Document 85    Filed 02/16/21    Page 2 of 3

        Michael C. Geraghty, ABA#7811097
        J. Craig Rusk, *Pro Hac Vice*

        CARNEY BADLEY SPELLMAN, P.S.
        By */s/ Christopher A. Wright*
         Christopher A. Wright, ABA #1301001


        LAW OFFICE OF BRENT R. COLE, P.C.
        Attorneys for Precision Crane, Inc.

        s/ Brent R. Cole
        Brent R. Cole
        AK State Bar No. 8606074

        HOLMES WEDDLE AND BARCOTT, PC
        Attorneys for Tester Drilling Services, Inc.

        By: /s/ David M. Freeman
        David M. Freeman
        AK State Bar No. 7808066


## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2021, I electronically filed the foregoing with the U.S. District Court using the CM/ECF system.

Participants in this case who are registered CM/ECF users will be served by the CM/ECF System.

Respectfully submitted this February 16, 2021.

s/ Sarah Clinton

Sarah Clinton

JOINT STIPULATION TO EXTEND DEADLINE FOR STATUS REPORT    Page 3 of 3
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*, Case no. 4:18-cv-00019-JMK

Case 4:18-cv-00019-JMK   Document 85   Filed 02/16/21   Page 3 of 3