Matthew T. Findley
ASHBURN & MASON, P.C.
1227 West Ninth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-4331
E-mail: matt@anchorlaw.com

**Attorneys for Travelers Casualty and Surety Co. of America, Liberty Mutual Insurance Company, and UNIT-ASRC Construction, LLC**

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of PRECISION CRANES, INC., an Alaska corporation,<br><br>                      Plaintiff,<br><br>    v.<br><br>TESTER DRILLING SERVICES, INC., an Alaska corporation; TRAVELERS CASUALTY AND SURETY CO. OF AMERICA, a Connecticut corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation (Bond #106721293),<br><br>                      Defendants. | Case 4:18-cv-00019-JMK |
| UNITED STATES OF AMERICA, for the use and benefit of TESTER DRILLING SERVICES, INC., an Alaska corporation, and TESTER DRILLING SERVICES, INC.,<br><br>    Third-Party Use-Plaintiff and Plaintiff,<br><br>    v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation (Bond No. 106721293/023038282), LIBERTY MUTUAL INSURANCE COMPANY, a Connecticut corporation (Bond No. 106721293/023038282), and UNIT-ASRC CONSTRUCTION, LLC, an Alaska limited liability company, | |

Third-Party Defendants.

# [PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO EXTEND DEADLINE FOR STATUS REPORT

This deadline for the status report requested by Order dated January 27, 2021 is extended 14 days to March 2, 2021.

**IT IS SO ORDERED.**

Dated: _____

                                                           Hon. Joshua M. Kindred
                                                           United States District Court

# CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2021, I electronically filed the foregoing with the U.S. District Court using the CM/ECF system.

Participants in this case who are registered CM/ECF users will be served by the CM/ECF System.

Respectfully submitted this February 16, 2021.

s/Sarah Clinton

Sarah Clinton

[PROPOSED] ORDER GRANTING STIPULATION                                                                                                  Page 2 of 2
*Precision Cranes, Inc. v. Tester Drilling Services, Inc., et al.*, Case no. 4:18-cv-00019-JMK

Case 4:18-cv-00019-JMK    Document 85-1    Filed 02/16/21    Page 2 of 2